UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CIVIL MINUTES - GENERAL**

| Case No. | CV 17-58-GW(GJSx) | Date | November 16, 2017 |
|---|---|---|---|
| Title | *Aquamen Entertainment, LLC v. Pigmental, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present None Present

**PROCEEDINGS: IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The above-entitled action was settled by U.S. Magistrate Judge Gail J. Standish pursuant to Order issued on November 8, 2017. The Court sets an Order to Show re: Settlement Hearing for December 28, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 26, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG