JS-6

Brandon M. Tesser, Esq. (SBN 168476)
TESSER | GROSSMAN, LLP
11990 San Vicente Blvd., Ste. 300
Los Angeles, California 90049
Tel:  (310) 207-4558
Fax:  (424) 256-2689
E-Mail: brandon@tessergrossman.com

Attorneys for Plaintiff/Counter-defendant
Aquamen Entertainment LLC and Third-
Party Defendants Gary Zhang and
Jeong-jung Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAMEN ENTERTAINMENT, LLC, a California limited liability company,<br><br>                          Plaintiff,<br><br>             v.<br><br>PIGMENTAL, LLC aka PIGMENTAL STUDIOS, LLC aka PIGMENTAL STUDIOS, INC. aka PIGMENTAL STUDIOS, a Delaware limited liability company; MARINA MARTINS, an individual; and DOES 1 through 50, inclusive;<br><br>                          Defendants.<br>_____<br>AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT | Case No.: CV 17-00058-GW(GJSx)<br><br>**ORDER RE: DISMISSAL** |

## ORDER RE: DISMISSAL

The Court having considered the Stipulation Re: Dismissal executed between Plaintiff/Counter-defendant Aquamen Entertainment, LLC ("Aquamen") and third-party defendants Gary Zhang and Jeong-jung Kim (together, the "Aquamen Parties"), on the one hand, and Defendants/Counterclaimants Pigmental, LLC ("Pigmental") and Marina Martins (together, the "Pigmental Parties"), on the other hand.

IT IS HEREBY ORDERED that, by consent of the parties, the Court shall retain jurisdiction pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994) to enforce the Stipulation for Permanent Injunction submitted by the parties, and the resulting Permanent Injunction issued, or to be issued, by this Court.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED that the above-entitled action, including all

claims, causes of action, counterclaims and third-party claims, is hereby dismissed with prejudice, and each party shall bear her/his/its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  December 20, 2017

_George H. Wu_
_____
GEORGE H. WU, U.S. District Judge

Presented by:

Vincent Miller, Esq. (SBN 291973)
The Law Offices of Vincent Miller
16255 Venture Blvd., Suite 625
Encino, CA 91436
Telephone (213) 948-5702
vincent@vincentmillerlaw.com

*Attorneys for Defendants/Counter-claimants Pigmental, LLC and Marina Martins*

Brandon M. Tesser, Esq. (SBN 168476)
Tesser | Grossman, LLP
11990 San Vicente Blvd., Suite 300
Los Angeles, CA 90025
Telephone (310) 207.4558
brandon@tessergrossman.com

*Attorneys for Plaintiff/Counter-Defendant Aquamen Entertainment, LLC*