Brandon M. Tesser, Esq. (SBN 168476)
TESSER | GROSSMAN, LLP
11990 San Vicente Blvd., Ste. 300
Los Angeles, California 90049
Tel: (310) 207-4558
Fax: (424) 256-2689
E-Mail: brandon@tessergrossman.com

Attorneys for Plaintiff
Aquamen Entertainment LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAMEN ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PIGMENTAL, LLC aka PIGMENTAL STUDIOS, LLC aka PIGMENTAL STUDIOS, INC. aka PIGMENTAL STUDIOS, a Delaware limited liability company; MARINA MARTINS, an individual; and DOES 1 through 50, inclusive;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT | Case No CV 17-00058-GW(GJSx)<br><br>**STIPULATED PERMANENT INJUNCTION** |

- 1 -

**STIPULATED PERMANENT INJUNCTION**

# STIPULATED PERMANENT INJUNCTION

The Court having considered the Stipulation for Permanent Injunction executed between Plaintiff/Counterdefendant Aquamen Entertainment, LLC ("Aquamen"), on the one hand, and Defendants/Counterclaimants Pigmental, LLC ("Pigmental") and Marina Martins (together, the "Pigmental Parties"), on the other hand,

IT IS HEREBY ORDERED that the Pigmental Parties, along with Pigmental's officers, agents, servants, employees, and all those persons or entities acting in concert or participation with the Pigmental Parties, or either of them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) making any representations, written or oral, or otherwise suggesting that the Pigmental Parties, or either of them, are currently working on, participating in the development or production of, or otherwise involved in any way with the animated feature film tentatively titled as *Kong, The Origin* (the "Picture") in any capacity whatsoever;

(b) displaying on Pigmental's website, or on any other website and/or social media platform maintained by the Pigmental Parties or either of them, any of the elements created, prepared or produced for the Picture by the Pigmental Parties or by any other person, or any other works now or hereafter protected by any of Aquamen's copyrights in or related to the Picture (collectively, the "Copyrighted Works");

(c) making any other unauthorized publication, distribution, copying, use or other exploitation of the Copyrighted Works;

(d) engaging in any other activity constituting an infringement of any of Aquamen's copyrights in the Copyrighted Works, or of Aquamen's rights in, or right to use or to exploit those copyrights; and

///

(e) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through

(d) above.

    (f) For the sake of clarity, notwithstanding the foregoing, Pigmental Parties have the right to acknowledge and present directly to third parties any development artwork and audiovisual materials which were developed under the Pre-Production contract as work-for-hire examples of Pigmental development work product. These work-product examples may not be displayed on the internet or on any Pigmental Parties' owned or sponsored website, blog, or social media site.

**IT IS SO ORDERED.**

DATED: December 20, 2017     _____/s/ George H. Wu_____

                                          GEORGE H. WU, U.S. District Judge

Presented by:

Vincent Miller, Esq. (SBN 291973)
The Law Offices of Vincent Miller
16255 Venture Blvd., Suite 625
Encino, CA 91436
Telephone (213) 948-5702
vincent@vincentmillerlaw.com

*Attorneys for Defendants/Counter-claimants Pigmental, LLC and Marina Martins*

*///*

Brandon M. Tesser, Esq. (SBN 168476)
Tesser | Grossman, LLP
11990 San Vicente Blvd., Suite 300
Los Angeles, CA 90025

Telephone (310) 207.4558
brandon@tessergrossman.com

*Attorneys for Plaintiff/Counter-Defendant Aquamen Entertainment, LLC*

- 4 -
**STIPULATED PERMANENT INJUNCTION**